THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Interest
 of J. C., A Minor Under
 The Age of Seventeen, Appellant.
 
 
 

Appeal From Greenville County
Alvin D. Johnson, Family Court Judge
Wesley L. Brown, Family Court Judge
Unpublished Opinion No.  2009-UP-223
Submitted May 1, 2009  Filed May 27, 2009
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney
 General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott; Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: J.C.
 alleges the family court erred in denying his motion for a directed verdict. 
 We affirm pursuant to Rule 220(b), SCACR, and the following authorities: State v. Weston,
 367 S.C. 279, 292-93, 625 S.E.2d 641, 648 (2006) (When ruling on a motion for
 a directed verdict, the trial court is concerned with the existence or
 nonexistence of evidence, not its weight.  A defendant is entitled to a
 directed verdict when the state fails to produce evidence of the offense
 charged.); State v. Childs, 299 S.C. 471, 47, 385 S.E.2d 839, 843
 (1989) (explaining a directed verdict motion should be denied when there is any
 evidence, direct or circumstantial, which reasonably tends to prove the guilt
 of the accused or from which the guilt of the accused may be fairly and
 logically deduced).  
AFFIRMED.[1] 
HEARN,
 C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.